IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 7, 2015 |
| Court Reporter: Gwen Daniel | Probation: Justine Kozak |
| Interpreter: Rosemary McCoy | Time: twenty-seven minutes |

_____

Criminal Action No.  15-cr-00068-WJM        *Counsel:*

UNITED STATES OF AMERICA,                   Wayne Paugh
                                            Matthew Kirsch
        Plaintiff,

v.

1.    LUIS AGUIRRE-ARREOLA,                 Edward Harris

        Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:30 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Paugh

Sentencing Statement by Kirsch

Defendant's Allocution

1

**ORDERED:** **The Defendant's Motion For Non-Guideline Variant Sentence [21] is GRANTED IN PART and DENIED IN PART.**

Defendant plead guilty to the sole count of the Indictment on June 5, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Luis Aguirre-Arreola, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country at the conclusion of his custodial sentence.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Condition of Supervised Release:**

**If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant returns to the United States legally, he shall report to the nearest Probation Office within 72 hours of his return.**

**ORDERED:**   **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**   **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

03:27 p.m.   Court in Recess
             Hearing concluded